UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR120-035

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 7 U.S.C. § 2156(a)(1) |
| | ) Sponsoring and Exhibiting an |
| LANIER AUGUSTUS HIGHTOWER, | ) Animal in an Animal Fighting |
| JR., | ) Venture |
| JASON LEE ADDISON, | ) |
| RONNIE LEE ADDISON, | ) 7 U.S.C. § 2156(b) |
| LEOPOLDO BARAJAS-ARTEAGA, | ) Possession and Transport of an |
| RAMON MENDEZ CAZARES, | ) Animal in an Animal Fighting |
| JUAN MANUEL ESPINOZA, | ) Venture |
| GABINO FERNANDEZ, | ) |
| ALAN ESTEVAN FLORES, | ) 18 U.S.C. § 1955(a) |
| HUMBERTO FORES-VARGAS, | ) Conducting an Illegal Gambling |
| VIRGILIO FORTIN, | ) Business |
| a/k/a DONAR URBINA-URBINA, | ) |
| ROBERT LEE FULLER, JR., | ) 7 U.S.C. § 2156(a)(2)(A) |
| RAFAEL GARCIA, | ) Attending an Animal Fighting |
| JUVENAL JOVANY GONZALEZ, | ) Venture |
| GERARDO QUISTIAN | ) |
| HERNANDEZ, | ) |
| DANIEL CORNEJO HERRERA, | ) |
| JOEL HERRERA, | ) |
| GONZALO HERRERA, JR., | ) |
| a/k/a GONZALO HERREAR, | ) |
| JAVIER IZAGUIRRE, | ) |
| ARTURO JUAREZ-ACOSTA, | ) |
| ANGEL AYALA LOPEZ, | ) |
| a/k/a ISIDRO LOPEZ AYALA, | ) |
| ROBERT JEFFREY McCOLLUM, | ) |
| MIGUEL ANGEL MEDINA, | ) |
| JOSE LUIS MEDRANO, | ) |
| ISIDRO MATTHEWS MONTANEZ, | ) |
| JR., | ) |
| KELVIN MANUEL MORENO, | ) |
| JOSE GUADALUPE MORENO | ) |
| MONTES de OCA, | ) |
| a/k/a JOSE G. MORENO, | ) |
| GILBERTO NAVA DE JESUS | ) |
| RAMIRO NAVARRO, | ) |

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
20 MAY 20 PM 2:34
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| MARTIN ORNELAS, | ) |
| a/k/a MARTIN ORNELAS-CORONADO, | ) |
| DANIEL ORTIZ HERNANDEZ, | ) |
| a/k/a JESUS LARA ALBINO, | ) |
| ABEL PONCE, | ) |
| ESTEBAN ADAME RAMIREZ, | ) |
| JORGE RAFAEL RODRIGUEZ, | ) |
| JAVIER SANCHEZ, | ) |
| TIMOTHY SMITH, | ) |
| WILDER TOMAS, | ) |
| a/k/a WILDER YOBANI TOMAS-AQUIRRE, | ) |
| ERIK DAVID VARGAS, and | ) |
| FERNANDO ZAVALA | ) |
| | ) |

**THE GRAND JURY CHARGES THAT:**

**<u>COUNT ONE</u>**
*Sponsoring and Exhibiting an Animal in an Animal Fighting Venture*
7 U.S.C. § 2156(a)(1)

On or about December 14, 2019, in Lincoln County, within the Southern District of Georgia, the defendants,

**LANIER AUGUSTUS HIGHTOWER, JR.,**
**GONZALO HERRERA, JR.,**
**a/k/a GONZALO HERREAR,**
**JAVIER IZAGUIRRE,**
**RAMIRO NAVARRO,**
**ROBERT JEFFREY McCOLLUM,**
**MARTIN ORNELAS,**
**a/k/a MARTIN ORNELAS-CORONADO, and**
**ABEL PONCE,**

aided and abetted by and aiding and abetting others known and unknown, did knowingly sponsor and exhibit an animal, namely a rooster, in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1) (effective through December 19, 2019), said event being in violation of the laws of the State of

Georgia, to wit, Section 16-12-4 of the Official Code of Georgia Annotated.

All in violation of Title 7, United States Code, Section 2156(a)(1) and Title 18, United States Code, Section 2.

**COUNT TWO**

*Possession and Transport of an Animal in an Animal Fighting Venture*

7 U.S.C. § 2156(b)

On or about December 14, 2019, in Lincoln County, within the Southern District of Georgia, the defendants,

**LANIER AUGUSTUS HIGHTOWER, JR.,**
**GONZALO HERRERA, JR.,**
**a/k/a GONZALO HERREAR,**
**JAVIER IZAGUIRRE,**
**RAMIRO NAVARRO,**
**ROBERT JEFFREY McCOLLUM,**
**MARTIN ORNELAS,**
**a/k/a MARTIN ORNELAS-CORNADO, and**
**ABEL PONCE,**

aided and abetted by and aiding and abetting others known and unknown, did knowingly possess and transport an animal, namely a rooster, for purposes of having the animal participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1) (effective through December 19, 2019), said event being in violation of the laws of the State of Georgia, to wit, Section 16-12-4 of the Official Code of Georgia Annotated.

All in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 2.

**COUNT THREE**
*Conducting an Illegal Gambling Business*
18 U.S.C. § 1955(a)

On or about December 14, 2019, in Lincoln County, within the Southern District of Georgia, the defendant,

**LANIER AUGUSTUS HIGHTOWER, JR.,**

aided and abetted by and aiding and abetting others known and unknown, unlawfully, willfully, and knowingly did conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, said illegal gambling business involving cockfighting and gambling on such fights in violation of the laws of the State of Georgia, to wit, Section 16-12-22 of the Official Code of Georgia Annotated, in which said business was conducted; which illegal gambling business involved, on the date aforesaid, five or more persons who conducted, financed, managed, supervised, directed, and owned all or a part thereof; and which gambling business had a gross revenue of $2,000.00 or more in a single day.

All in violation of Title 18, United States Code, Sections 1955(a) and 2.

**COUNT FOUR**
*Attending an Animal Fighting Venture*
7 U.S.C. § 2156(a)(2)(A)

On or about December 14, 2019, in Lincoln County, within the Southern District of Georgia, the defendants,

**LANIER AUGUSTUS HIGHTOWER, JR.,**
**JASON LEE ADDISON,**
**RONNIE LEE ADDISON,**
**LEOPOLDO BARAJAS-ARTEAGA,**
**RAMON MENDEZ CAZARES,**
**JUAN MANUEL ESPINOZA,**
**GABINO FERNANDEZ,**
**ALAN ESTEVAN FLORES,**
**HUMBERTO FORES-VARGAS,**
**VIRGILIO FORTIN,**
**a/k/a DONAR URBINA-URBINA,**
**ROBERT LEE FULLER, JR.,**
**RAFAEL GARCIA,**
**JUVENAL JOVANY GONZALEZ,**
**GERARDO QUISTIAN HERNANDEZ,**
**DANIEL CORNEJO HERRERA,**
**JOEL HERRERA,**
**GONZALO HERRERA, JR.,**
**a/k/a GONZALO HERREAR,**
**JAVIER IZAGUIRRE,**
**ARTURO JUAREZ-ACOSTA,**
**ANGEL AYALA LOPEZ,**
**a/k/a ISIDRO LOPEZ AYALA,**
**ROBERT JEFFREY McCOLLUM,**
**MIGUEL ANGEL MEDINA,**
**JOSE LUIS MEDRANO,**
**ISIDRO MATTHEWS MONTANEZ, JR.,**
**KELVIN MANUEL MORENO,**
**JOSE GUADALUPE MORENO MONTES de OCA,**
**a/k/a JOSE G. MORENO,**
**GILBERTO NAVA DE JESUS**
**RAMIRO NAVARRO,**

**MARTIN ORNELAS,**
**a/k/a MARTIN ORNELAS-CORONADO,**
**DANIEL ORTIZ HERNANDEZ,**
**a/k/a JESUS LARA ALBINO,**
**ABEL PONCE,**
**ESTEBAN ADAME RAMIREZ,**
**JORGE RAFAEL RODRIGUEZ,**
**JAVIER SANCHEZ,**
**TIMOTHY SMITH,**
**WILDER TOMAS,**
**a/k/a WILDER YOBANI TOMAS-AQUIRRE,**
**ERIK DAVID VARGAS, and**
**FERNANDO ZAVALA**

aided and abetted by and aiding and abetting others known and unknown, did knowingly attend an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1) (effective through December 19, 2019), said event being in violation of the laws of the State of Georgia, to wit, Section 16-12-4 of the Official Code of Georgia Annotated.

All in violation of Title 7, United States Code, Section 2156(a)(2)(A) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 1955(d) and Title 28, United States Code, Section 2461.

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 1955 set forth in Count Three of this Indictment, the defendant,

**LANIER AUGUSTUS HIGHTOWER, JR.,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. Additionally, upon conviction of the charged offense, pursuant Title 18, United States Code, Section 1955(d), defendant

**LANIER AUGUSTUS HIGHTOWER, JR.,**

shall forfeit to the United States, any property used in violation of the charged offense, including but not limited to the property located at 5242 Thomson Highway, Lincolnton, GA, 30817.

4. Additionally, the Government intends on seeking a money judgment totaling the gross receipts obtained directly as a result of the violation.

5. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 982(a)(3) and 28 U.S.C. § 2461(c).

*Signatures on following page*

A True Bill.

Bobby L. Christine
United States Attorney

Dep Chief E. [illegible] for Pascual
Alejandro V. Pascual IV
Assistant United States Attorney
Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

Dep Chief E. [illegible] for Pascual
Edwin Caban, Jr.
Special Assistant United States Attorney
Co-lead Counsel